IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-455-MOC-DCK

| | |
|---|---|
| GUY MOROSINI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| ALLSTATE INSURANCE COMPANY AND UNITED STATES SECURITY ASSOCIATES, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Paul J. Peralta, concerning Anneliese Wermuth on August 26, 2014. Ms. Anneliese Wermuth seeks to appear as counsel *pro hac vice* for Defendant Allstate Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Ms. Anneliese Wermuth is hereby admitted *pro hac vice* to represent Defendant Allstate Insurance Company.

**SO ORDERED**.

Signed: August 26, 2014

David C. Keesler
United States Magistrate Judge