IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-455-MOC-DCK

| | |
|---|---|
| GUY MOROSINI, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) ORDER<br>) |
| ALLSTATE INSURANCE COMPANY AND<br>UNITED STATES SECURITY<br>ASSOCIATES, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by Paul J. Peralta, concerning Jenny R. Goltz on August 26, 2014. Ms. Jenny R. Goltz seeks to appear as counsel *pro hac vice* for Defendant Allstate Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Ms. Jenny R. Goltz is hereby admitted *pro hac vice* to represent Defendant Allstate Insurance Company.

**SO ORDERED**.

Signed: August 26, 2014

David C. Keesler
United States Magistrate Judge