### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.  3:14-CV-455-MOC-DCK

| | |
|---|---|
| **GUY MOROSINI,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **ALLSTATE INSURANCE COMPANY** ) | |
| **AND UNITED STATES SECURITY** ) | |
| **ASSOCIATES, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case.  The parties filed a "Notice Of Settlement" (Document No. 13) notifying the Court that the parties reached a settlement on September 17, 2014.  The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **October 22, 2014**.

Signed: September 22, 2014

David C. Keesler
United States Magistrate Judge